IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: : | Chapter 7 |
| WILFRED T. AZAR III : | Case No. 11-BK-19693 (DK) |
| Debtor. : | |
| : | |
| G.D.M.A.C. CORP. and GEORGE & DAWN MCNAMARA : | |
| : | |
| Plaintiffs, : | Adv. No. 11-ap-00675 |
| v. : | |
| : | |
| WILFRED T. AZAR III : | |
| : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL**

Plaintiffs, G.D.M.A.C. Corp., and George and Dawn McNamara, by and through their undersigned counsel, and Defendant, Wilfred T. Azar, III, by and through his undersigned counsel, hereby STIPULATE and AGREE that the claims in the adversary action are hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further agree that they will bear their own costs incurred in the adversary action.

/s/ *Carl Anthony Maio*
Carl Anthony Maio, Esquire (I.D.# 08337)
Samuel H. Israel, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-32911
(215) 299-2000
camaio@foxrothschild.com

Attorneys for G.D.M.A.C. Corp. and George and Dawn McNamara

/s/ *Dan Press*
Dan Press, Esquire
CHUNG & PRESS, P.C.
6718 Whittier Avenue #200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

Attorneys for Wilfred T. Azar, III

Dated: February 3, 2012

PH1 3048055v1 02/03/12

PH1 3048055v1 02/03/12